# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHARLES TALBERT, | No. 103 EM 2015 |
| Petitioner | |
| v. | |
| KAREN BRYANT, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.